**United States District Court**
For the Northern District of California

1

2

3

4

5

6   UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

7

8

9

SKYTYAN, INC., et al.,
10
                    Plaintiffs,                    No. C 10-3899 PJH
11
         v.                                        **ORDER**
12
ABOUTGOLF LIMITED, et al.,
13
                    Defendants.
14   _____/

15        The court has not received chambers copies of the following: (1) plaintiffs' first

16   amended complaint, filed October 28, 2010; and (2) plaintiffs' opposition to defendants'

17   motion to transfer/dismiss, filed January 6, 2011.  Plaintiffs shall deliver chambers copies of

18   these documents to the clerk's office no later than 1:00 p.m. on Friday, January 14, 2011.

19   In addition, any exhibits must be tabbed.

20

21   **IT IS SO ORDERED.**

22   Dated: January 13, 2011

23   _____
     PHYLLIS J. HAMILTON
24   United States District Judge

25

26

27

28