United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYTYAN, INC., et al.,

    Plaintiffs,

    v.

ABOUTGOLF LIMITED, et al.,

    Defendants.

_____/

No. C 10-3899 PJH

**ORDER AMENDING FEBRUARY 11, 2011 ORDER**

    The February 11, 2011, order dismissing the above-entitled action is amended at page 2, lines 27-28, to read as follows: "Accordingly, the action is DISMISSED, without prejudice either to refiling in state court or to asserting the state law claims as counterclaims in an action filed by defendants AboutGolf Limited, et al., in the U.S. District Court for the District of Ohio."

**IT IS SO ORDERED.**

Dated: February 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge